# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

vs.            **CIVIL NO. 3:22CV189-MPM-JMV**

**MARIAH HOLLAND**            **DEFENDANT**

## DEFAULT JUDGMENT

The Defendant, Mariah Holland, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 13, 2022, and counsel for Plaintiff having requested judgment against the defaulted Defendant [ECF. No. 9] and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Mariah Holland, in the amount of $23,333.00 plus interest on the judgment at the legal rate until the judgment is satisfied, and a filing fee of $402.00.

This the 27th day of January, 2023.

           David Crews, Clerk of Court

           _s/ Jennifer L. Adams_
By:    Deputy Clerk